**RAHUL KULKARNI, ESQ.**
Nevada Bar No. 10650
**WOLFE & WYMAN LLP**
6757 Spencer Street
Las Vegas, NV  89119
Tel: (702) 476-0100
Fax: (949) 475-9203
*rkulkarni@ww.law*

**DOMMOND E. LONNIE, ESQ. (Pro Hac Vice)**
**DYKEMA GOSSETT, LLP**
444 South Flower Street, Suite 2200
Los Angeles, California 90071
Tel: (213) 457-1712
*DLonnie@dykema.com*

Attorneys for Defendant/Third-Party Plaintiff
U-HAUL CO. OF CALIFORNIA

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| CT BELT-WRIGHT,<br><br>           Plaintiff,<br>  v.<br><br>U-HAUL CO. OF CALIFORNIA;  JAKE LAFATA; LYFT, INC.; DOE LYFT EMPLOYEE I; DOES I-X; ROE BUSINESS ENTITIES XI-XX,<br><br>           Defendants.<br>U-HAUL CO. OF CALIFORNIA,<br><br>           Defendant/Third-Party Plaintiff<br>v.<br><br>CHRISTOPHER FAIFAIMALIE,<br><br>           Third-Party Defendant. | CASE NO.:   2:23-CV-00400-GMN-VCF<br><br>**SUBSTITUTION OF ATTORNEYS** |

///

1

4744535.1

## SUBSTITUTION OF ATTORNEYS

COMES NOW, Defendant/Third-Party Plaintiff U-HAUL CO. OF CALIFORNIA (hereinafter, "UHCA"), and hereby substitutes Dommond E. Lonnie, Esq. of the law firm of DYKEMA GOSSETT, LLP, located at 444 South Flower Street, Suite 2200, Los Angeles, California 90071, Tel.: (213) 457-1712, E-Mail: DLonnie@dykema.com, as counsel of record in the place and stead of Matthew R. Rogers, Esq. of the law firm of SQUIRE PATTON BOGGS (US) LLP, located at 555 South Flower Street, 31st Floor, Los Angeles, California 90071, Tel.: (213) 624-2500, E-Mail: matthew.rogers@squirepb.com.

I consent to the above substitution:

DATED: November 22nd, 2023.        U-HAUL CO. OF CALIFORNIA

By: /s/ THOMAS MITCHELL

Title:    Vice President

I consent to the above substitution:

DATED: November 22nd, 2023.        SQUIRE PATTON BOGGS (US) LLP

By: /s/ MATTHEW R. ROGERS
    Matthew R. Rogers, Esq**. (Pro Hac)**
    SQUIRE PATTON BOGGS (US) LLP
    555 South Flower Street, 31st Floor
    Los Angeles, CA 90071

I have been granted permission to practice Pro Hac Vice in regards to this matter and consent to the above substitution:

DATED: November 22nd, 2023.        DYKEMA GOSSETT, LLP

By: /s/ Dommond E. Lonnie
    Dommond E. Lonnie, Esq**. (Pro Hac)**
    DYKEMA GOSSETT, LLP
    444 South Flower Street, Suite 2200
    Los Angeles, CA 90071

4744535.1

Please check one:  ___X___ RETAINED, or _____ APPOINTED BY THE COURT.

APPROVED:

_____
Cam Ferenbach
United States Magistrate Judge

DATED: __11-30-2023_____

3

4744535.1