Phillip V. Tiberi
Nevada Bar No. 6146
Sara D. Wright
Nevada Bar No. 14135
**WOOD, SMITH, HENNING & BERMAN LLP**
2881 Business Park Court, Suite 200
Las Vegas, Nevada 89128-9020
Phone: 702 251 4100 ♦ Fax: 702 251 5405
ptiberi@wshblaw.com
swright@wshblaw.com

Attorneys for Jake Lafata

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| CT BELT-WRIGHT,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>U-HAUL CO. OF CALIFORNIA; JAKE LAFATA; LYFT, INC.; DOE LYFT EMPLOYEE I; DOES I-X; ROE BUSINESS ENTITIES, XI-XX,<br><br>　　　　　　Defendants. | Case No.: 2:23-cv-00400-GMN-BNW<br><br>**STIPULATION AND ORDER TO DISMISS DEFENDANT JAKE LAFATA WITHOUT PREJUDICE**<br><br>Trial Date:　　　None Set |

Plaintiff, CT BELT-WRIGHT (hereinafter "Plaintiff"), by and through his counsel of record, the law firm of CLAGGETT & SYKES LAW FIRM, and Defendant, JAKE LAFATA (hereinafter "Defendant"), by and through his counsel of record, the law firm of WOOD, SMITH, HENNING & BERMAN LLP, hereby STIPULATE and AGREE to the DISMISSAL of JAKE LAFATA, only, from the above-captioned matter WITHOUT PREJUDICE. This Stipulation is entered into in good faith, in the interest of judicial economy, and not for the purposes of delay. Each party to bear their own fees and costs.

/ / /

/ / /

/ / /

/ / /

31753533.1:12079-0002　　　　　　　　　　　　　　　　　Case No. 2:23-cv-00400-GMN-BNW

1  IT IS SO STIPULATED.

2  DATED this 19th day of March, 2024.                      DATED this 19th day of March, 2024.

3  WOOD, SMITH, HENNING &                                   CLAGGETT & SYKES LAW FIRM
   BERMAN LLP
4

5
   /s/ Sara D. Wright                                       /s/ Donald J. Graham
6  PHILLIP V. TIBERI                                        SEAN K. CLAGGETT
   Nevada Bar No. 6146                                      Nevada Bar No. 8407
7  SARA D. WRIGHT                                           SHANNON L. WISE
   Nevada Bar No. 14135                                     Nevada Bar No. 14509
8  2881 Business Park Court, Suite 200                      DONALD J. GRAHAM
   Las Vegas, Nevada 89128                                  Nevada Bar No. 16086
9  *Attorneys for Jake Lafata*                              4101 Meadows Lane, Suite 100
10                                                          Las Vegas, NV 89107
                                                            *Attorneys for Plaintiff*
11
                                    **ORDER**
12
         Pursuant to the foregoing stipulation, IT IS HEREBY ORDERED, ADJUDGED AND
13
   DECREED that JAKE LAFATA is hereby dismissed from the above-captioned matter <u>without</u>
14
   prejudice, each party to bear its own fees and costs.
15

16
         **IT IS SO ORDERED** this ____19____ day of _____March_____, 2024.
17

18

19                                                          _____
                                                            UNITED STATES DISTRICT COURT JUDGE
20

21
   Respectfully submitted,
22
   WOOD, SMITH, HENNING & BERMAN LLP
23 By         /s/ Sara D. Wright
       Phillip V. Tiberi
24     Nevada Bar No. 6146
       Sara D. Wright
25     Nevada Bar No. 14135
       2881 Business Park Court, Suite 200
26     Las Vegas, Nevada 89128-9020
       Tel. 702.251.4100
27     Attorneys for Jake Lafata

28

31753533.1:12079-0002                    -2-                     Case No. 2:23-cv-00400-GMN-BNW

**CERTIFICATE OF SERVICE**

I hereby certify that on this 19th day of March, 2024, a true and correct copy of **STIPULATION AND ORDER TO DISMISS DEFENDANT JAKE LAFATA WITHOUT PREJUDICE** was served via the United States District Court CM/ECF system on all parties or persons requiring notice.

By */s/ Erika McDonagh*
Erika McDonagh, an Employee of
WOOD, SMITH, HENNING & BERMAN LLP