**RAHUL KULKARNI, ESQ.**
Nevada Bar No. 10650
**WOLFE & WYMAN LLP**
6757 Spencer Street
Las Vegas, NV  89119
Tel: (702) 476-0100
Fax: (949) 475-9203
*rkulkarni@ww.law*

**DOMMOND E. LONNIE, ESQ. (Pro Hac Vice)**
**TAMARA A. BUSH, ESQ. (Pro Hac Vice)**
**NICHOLAS O. VON DER LANCKEN (Pro Hac Vice)**
**DYKEMA GOSSETT, LLP**
444 South Flower Street, Suite 2200
Los Angeles, CA 90071
Tel: (213) 457-1712
*DLonnie@dykema.com*
*TBush@dykema.com*
*NvonderLancken@dykema.com*

**Attorneys for Defendant/Third-Party Plaintiff**
**U-HAUL CO. OF CALIFORNIA**

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| CT BELT-WRIGHT,<br><br>      Plaintiff,<br>  v.<br><br>U-HAUL CO. OF CALIFORNIA; JAKE LAFATA; LYFT, INC.; DOE LYFT EMPLOYEE I; DOES I-X; ROE BUSINESS ENTITIES XI-XX,<br><br>      Defendants. | CASE NO.:   2:23-CV-00400-GMN-VCF<br><br>**JOINT STIPULATION AND REQUEST FOR DISMISSAL WITH PREJUDICE OF DEFENDANT U-HAUL CO. OF CALIFORNIA AND PROPOSED ORDER** |
| U-HAUL CO. OF CALIFORNIA,<br><br>      Defendant/Third-Party Plaintiff,<br><br>      vs.<br><br>CHRISTOPHER FAIFAIMALIE,<br><br>      Third-Party Defendant. | |

1

4959820.1

**JOINT STIPULATION AND REQUEST FOR DISMISSAL WITH PREJUDICE OF DEFENDANT U-HAUL CO. OF CALIFORNIA AND PROPOSED ORDER**

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff CT BELT-WRIGHT (hereinafter, "Plaintiff") and Defendant/Third-Party Plaintiff U-HAUL CO. OF CALIFORNIA (hereinafter, "UHCA") (hereinafter collectively the "Parties"), by and through their respective attorneys of record, that the Parties have agreed to resolve this matter as to UHCA only.

Accordingly, the Parties agree, stipulate and hereby request that all claims asserted by Plaintiff against UHCA be dismissed in their entirety, with prejudice, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) and each party shall bear its own attorneys' fees and costs.

**IT IS SO STIPULATED AND AGREED:**

DATED: August 2, 2024

**WOLFE & WYMAN, LLP**

By: */s/ RAHUL KULKARNI*
    RAHUL KULKARNI, ESQ.
    Nevada Bar No.: 10650
    6757 Spencer Street
    Las Vegas, NV 89119
    Attorneys for Defendant/Third-Party Plaintiff
    **U-HAUL CO. OF CALIFORNIA**

**DOMMOND E. LONNIE, ESQ.**
**(Pro Hac Vice)**
**TAMARA A. BUSH, ESQ. (Pro Hac Vice)**
**NICHOLAS O. VON DER LANCKEN, ESQ.**
**(Pro Hac Vice)**
444 South Flower Street, Suite 2200
Los Angeles, CA 90071
Attorneys for Defendant/Third-Party Plaintiff
**U-HAUL CO. OF CALIFORNIA**

DATED: August 2, 2024

**CLAGGETT & SYKES LAW FIRM**

By: */s/ SHANNON L. WISE*
    SHANNON L. WISE, ESQ.
    Nevada Bar No.: 14509
    DONALD J. GRAHAM, ESQ.
    Nevada Bar No.: 16086
    4101 Meadows Lane, Suite 100
    Las Vegas, NV 89107
    Attorneys for Plaintiff
    **CT BELT-WRIGHT**

4959820.1

**ORDER**

IT IS HEREBY ORDERED, ADJUDED AND DECREED that all claims asserted by Plaintiff against UHCA be dismissed in their entirety, with prejudice, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), and each party shall bear its own attorneys' fees and costs.

**IT IS SO ORDERED** this ___6___ day of ___August___, 2024.

_____
Hon. Gloria M. Navarro
United States District Judge

3

4959820.1

**From:** Jackie Abrego <Jackie@claggettlaw.com>
**Sent:** Wednesday, July 10, 2024 4:05 PM
**To:** Rahul Kulkarni <rkulkarni@ww.law>
**Cc:** Shannon Wise <shannon@claggettlaw.com>
**Subject:** RE: CT Belt-Wright v. UHNV, et al. - Our Client: UHNV - Exchange Check for Signed Release - W&W File No.: 2025-025

**CAUTION:** This email originated from outside the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

Per Shannon, you can add her e-signature to the Joint Stipulation and Request for Dismissal, as to U-Haul only. Thank you.

**From:** Rahul Kulkarni <rkulkarni@ww.law>
**Sent:** Wednesday, July 10, 2024 1:45 PM
**To:** Jackie Abrego <Jackie@claggettlaw.com>
**Cc:** Shannon Wise <shannon@claggettlaw.com>
**Subject:** RE: CT Belt-Wright v. UHNV, et al. - Our Client: UHNV - Exchange Check for Signed Release - W&W File No.: 2025-025

Thank you for picking up the check (see attached receipt of check form). Please confirm that we have your office's authority to affix either Shannon's or Donnie's e-signature to the attached stipulation and proposed order for dismissal with prejudice. Of course, feel free to give me a call if you have any questions or concerns.

1