MARK J. CONNOT (10010)
REX D. GARNER (9401)
**FOX ROTHSCHILD LLP**
1980 Festival Plaza Dr., Suite 700
Las Vegas, Nevada 89135
Telephone:    702.262.6899
Facsimile:    702.597.5503
mconnot@foxrothschild.com
rgarner@foxrothschild.com
*Attorneys for Defendant Lyft Inc.*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| CT BELT-WRIGHT,<br><br>    Plaintiff,<br><br>vs.<br><br>U-HAUL CO. OF CALIFORNIA; JAKE LAFATA; LYFT, INC.; DOE LYFT EMPLOYEE I; DOES I-X; ROE BUSINESS ENTITIES XI-XX<br><br>    Defendants.<br><hr>U-HAUL CO. OF CALIFORNIA,<br><br>    Defendant/Third-Party Plaintiff,<br>vs.<br><br>CHRISTOPHER FAIFAIMALIE,<br><br>    Third-Party Defendant. | Case No.: 2:23-cv-00400-GMN-VCF<br><br>**STIPULATION AND ORDER TO DISMISS LYFT, INC. WITH PREJUDICE** |

Plaintiff, CT BELT-WRIGHT (hereinafter "Plaintiff"), by and through his counsel of record, the law firm of CLAGGETT & SYKES LAW FIRM, and Defendant, LYFT, INC. (hereinafter "Lyft"), by and through its counsel of record, the law firm FOX ROTHSCHILD, hereby STIPULATE and AGREE to the DISMISSAL of LYFT from the above-captioned matter WITH PREJUDICE, each party to bear their own fees and costs.

/ / /

162372371

IT IS SO STIPULATED.

Dated this 11th day of September, 2024.

| **CLAGGETT & SYKES LAW FIRM** | **FOX ROTHSCHILD LLP** |
|---|---|
| /s/ Shannon L. Wise | /s/ Rex D. Garner |
| Sean K. Claggett, Esq.<br>Nevada Bar No. 008407<br>Shannon L. Wise, Esq.<br>Nevada Bar No. 014509<br>Donald J. Graham, Esq.<br>Nevada Bar No. 016086<br>4101 Meadows Lane, Suite 100<br>Las Vegas, Nevada 89107<br>*Attorneys for Plaintiff* | MARK J. CONNOT (10010)<br>REX D. GARNER (9401)<br>1980 Festival Plaza Dr., Suite 700<br>Las Vegas, Nevada 89135<br>*Attorneys for Defendant Lyft Inc.* |

## ORDER

Pursuant to the foregoing stipulation, IT IS HEREBY ORDERED, ADJUDGED AND DECREED that all claims asserted by Plaintiff against Lyft, Inc. are dismissed in their entirety and that Lyft, Inc. is hereby dismissed from the above-captioned matter with prejudice, each party to bear its own fees and costs.

IT IS SO ORDERED this  11  day of September, 2024.

_____
Gloria M. Navarro
UNITED STATES DISTRICT JUDGE

Submitted by:
FOX ROTHSCHILD LLP

/s/ Rex D. Garner
MARK J. CONNOT (10010)
REX D. GARNER (9401)
1980 Festival Plaza Dr., Suite 700
Las Vegas, Nevada 89135

2

162372371